## JOLLY v. HAYCOCK.

No. 1806.   Decided June 11, 1907 (90 Pac. 901).

APPEAL from District Court, Sixth District; Jno. F. Chidester, Judge.

Action by R. G. Jolly, as administrator of the estate of W. J. Jolly, Sr., deceased, against Thomas Haycock. From a judgment for plaintiff by default, defendant appeals.

REVERSED WITH DIRECTIONS TO VACATE THE JUDGMENT, SET ASIDE THE DEFAULT, AND ALLOW DEFENDANT TO ANSWER.

*George B. Greenwood* and *Thomas & Maycock* for appellant.

*W. F. Knox* and *S. R. Thurman* for respondent.

FRICK, J.

This is an appeal from a judgment entered by default based on the same facts, and decided at the same time, as the case of *Cutler v. Haycock, ante,* p. 354, 90 Pac. 897. The decision in this case, therefore, is controlled by the decision of that case.

The judgment is reversed, and the district court is directed to vacate the judgment, set aside the default, and permit the appellant to answer upon such reasonable terms in respect to costs as to the court may seem just, and to proceed with the case in accordance with law. Neither party to recover costs in this court.

McCARTY, C. J., and STRAUP, J., concur.